IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| M.V.N., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 7:20-CV-97-WLS-MSH |
| | : | 28 U.S.C. § 2241 |
| Warden, IRWIN COUNTY DETENTION CENTER, *et. al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

The Court received Petitioner's application for federal habeas corpus relief pursuant to 28 U.S.C. § 2241 (ECF No. 1) on May 19, 2020. Petitioner, however, failed to pay the filing fee or file a motion for leave to proceed *in forma pauperis* ("IFP"). A prisoner proceeding IFP must submit (1) an affidavit in support of her claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2).

Accordingly, Petitioner shall have **TWENTY-ONE (21) DAYS** from the date shown on this Order to pay the required $5.00 filing fee or file a proper motion to proceed without the prepayment of the filing fee. The Clerk is **DIRECTED** to mail Petitioner a copy of the standard motion to proceed without prepayment of fees and affidavit and account certification form, marked with the case number for the above-captioned action, for this purpose. If Petitioner does not wish to now pursue habeas relief, she should notify

the Court of this and/or withdraw her petition within **TWENTY-ONE (21) DAYS** of the date shown on this Order.

Petitioner is also instructed to notify the Court in writing of any change in her mailing address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.** There will be no service of process in this case until further order.

**SO ORDERED**, this 19th day of May, 2020.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE