**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| M.V.N., : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | CASE NO. 7:20-CV-97-WLS-MSH |
| : | 28 U.S.C. § 2241 |
| Warden, IRWIN COUNTY : | |
| DETENTION CENTER, *et. al.*, : | |
| : | |
| Respondents. : | |

## ORDER TO ANSWER

The Court received Petitioner's application for habeas corpus relief (ECF No. 1) on May 19, 2020. Respondents timely filed a Return on June 8, 2020 (ECF No. 8). They seek additional time to file a comprehensive response. Resp'ts' Return 2-3, ECF No. 8. Respondents' request for additional time is granted. They have thirty (30) days to file a comprehensive response. Within fifteen (15) days thereafter, Petitioner should file a reply. The Court will consider whether to hold an evidentiary hearing on the merits of Petitioner's application once briefing is complete.

SO ORDERED, this 7th day of June, 2020.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE